### W. H. WILLIAMS v. LOUISE KEMPER and Another.[1]

November 8, 1907.

Nos. 15,421—(63).

Action in the district court for Ramsey county by the receiver of Gustave Kemper to set aside a certain conveyance of real estate from Gustave Kemper and his wife Louise to a third person, and one from that person to Louise Kemper, as void against a judgment creditor. The case was tried before Bunn, J., who made findings and ordered judgment in favor of plaintiff. From the order and from the judgment entered thereon, defendants appealed. Affirmed.

*Schmidt & Newman*, for appellants.
*B. H. Schriber*, for respondent.

PER CURIAM.

The only question presented on this appeal is whether the findings of the trial court are sustained by the evidence. A careful examination of the evidence presented in the record discloses evidence reasonably tending to support the findings, and within the rule applicable to such cases the findings cannot be disturbed.

Order and judgment affirmed.